**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 23-7006**

───────────

REGINALD M. LILES,

        Plaintiff - Appellant,

    v.

BRITTANY P. EDWARDS, Assistant District Attorney sued in their individual capacity,

        Defendant - Appellee.

───────────

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Thomas D. Schroeder, District Judge.  (1:23-cv-00672-TDS-LPA)

───────────

Submitted:  January 30, 2024                  Decided:  February 6, 2024

───────────

Before KING, AGEE, and THACKER, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Reginald M. Liles, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reginald M. Liles appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Liles' 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915A(b). We have reviewed the record and find no reversible error. This court reviews de novo a dismissal of a complaint pursuant to § 1915A(b). *Shaw v. Foreman*, 59 F.4th 121, 126 (4th Cir. 2023). We conclude that the district court did not err in dismissing Liles' complaint. Although Liles' claim against the Defendant Assistant District Attorney may not necessarily be barred by *Heck v. Humphrey*, 512 U.S. 477 (1994), any claim against the Defendant is frivolous because it is barred by absolute prosecutorial immunity. "A prosecutor enjoys absolute immunity for prosecutorial functions intimately associated with the judicial phase of the criminal process." *Dababnah v. Keller-Burnside*, 208 F.3d 467, 470 (4th Cir. 2000) (citation and internal quotation marks omitted). Accordingly, we affirm the district court's order.[*] *Liles v. Edwards*, No. 1:23-cv-00672-TDS-LPA (M.D.N.C. Sept. 13, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] *See Earle v. Shreves*, 990 F.3d 774, 781 n.3 (4th Cir. 2021) (recognizing this court's authority to affirm for any reason appearing on the record).